UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JEAN G. BOOS,

                Plaintiff,

      v.                                      3:04-CV-1284

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
_____

APPEARANCES:                                OF COUNSEL:

HINMAN, HOWARD LAW FIRM          EUGENE D. FAUGHNAN, ESQ.
P. O. Box 5250
80 Exchange Street
700 Security Mutual Building
Binghamton, New York 13902-5250
Counsel for Plaintiff

HON. GLENN T. SUDDABY               WILLIAM H. PEASE, ESQ.
United States Attorney for the            Assistant United States Attorney
 Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261-7198
Counsel for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate

Judge George H. Lowe, duly filed on the 5th day of November 2007.  Following ten days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved. This matter is remanded to the Commissioner for further proceedings.

2. The Clerk shall enter Judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: October 21, 2007
      Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge